UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BOARD OF TRUSTEES OF OHIO
LABORERS' BENEFIT PROGRAMS,

      Plaintiff,

  v.

      Case No. 2:20-cv-4696
      JUDGE EDMUND A. SARGUS, JR.
      Magistrate Judge Kimberly A. Jolson

WILLIAMS FLAGGER LOGISTICS, LLC,

      Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on October 1, 2021. (ECF No. 13.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. (*Id.*) For the reasons set forth in the Report and Recommendation, the Plaintiff's Motion for Default Judgment is **GRANTED**. (ECF No. 12.) The Court **ORDERS** in favor of Plaintiff and against Defendant Williams Flagger Logistics, LLC as follows:

1. Judgement in the amount of $17,712.20 in unpaid fringe benefit contributions for the period of March 2019 through January 2020, liquidated damages, and interest through September 2021.

2. Judgement in the amount of $4,168.95 in attorneys' fees plus interest from the time of judgment at the rate of 1% per month, and the court costs of this action.

    **IT IS SO ORDERED.**

**10/20/2021**
**DATE**
                                   **s/Edmund A. Sargus, Jr.**
                                   **EDMUND A. SARGUS, JR.**
                                   **UNITED STATES DISTRICT JUDGE**